## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| NOAH J. MCCOURT, | Civil No. 19-cv-2717 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF MINNEAPOLIS, et al., | |
| Defendants. | |

Noah J. McCourt, 684 N. Otsego Street, Saint Paul, MN 55130, pro se plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 13, 2020 (ECF No. 21), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's claims against Bird Rides, Inc. and Neutron Holdings, Inc. are **DISMISSED WITHOUT PREJUDICE**.

Date:  June 18, 2020
in Minneapolis, Minnesota at 12:00PM          s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court